UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:24-CR-50-KAC-JEM |
| | ) | |
| JAMARIOUS TURNER, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Jamarious Turner's Motion to Continue Trial and All Related Deadlines [Doc. 40], filed on September 15, 2025.

Defendant requests the Court to continue the trial date, set for October 7, 2025, and all related deadlines [*Id.* ¶ 4]. In support of his motion, defense counsel states that he was substituted as counsel on July 22, 2025, and has received the discovery, but has been unable to review it with Defendant [*Id.* ¶¶ 2–3]. Defendant represents that the parties have been in settlement negotiations, but defense counsel needs additional time to review discovery, conduct legal research, and advise Defendant on whether he should proceed to trial or resolve this case, if possible [*Id.* ¶ 3]. Defendant understands that the period of time between the filing of this motion for continuance and a rescheduled trial date shall be fully excludable for speedy trial purposes [*Id.* ¶ 7]. Defendant's motion reflects that counsel for the Government does not oppose the requested continuance [*Id.* ¶ 8].

Based upon the information in Defendant's motion and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance

outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Defense counsel needs more time to time to review discovery, conduct research, consult with his client, consider a plea agreement, and otherwise prepare for trial. The Court finds that all of this cannot occur before the October 7, 2025 trial date.

The Court therefore **GRANTS** Defendant Jamarious Turner's Motion to Continue Trial and All Related Deadlines [**Doc. 40**]. The trial of this case is reset to **February 17, 2026**. A new, comprehensive trial schedule is included below. Because the Court finds that the ends of justice are served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all of the time between the filing of the motion on September 15, 2025, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(1)(H), & (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant Jamarious Turner's Motion to Continue Trial and All Related Deadlines [**Doc. 40**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **February 17, 2026, at 9:00 a.m.**, before the Honorable Katherine A. Crytzer, United States District Judge;

(3) all time between the filing of the motion on **September 15, 2025**, and the new trial date of **February 17, 2026**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **January 16, 2026**;

2

(5) the deadline for filing motions *in limine* is **February 2, 2026**, and responses to motions *in limine* are due on or before **February 10, 2026;**

(6) the parties are to appear before the undersigned for a final pretrial conference on **February 3, 2026, at 1:00 p.m.**; and

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **February 6, 2026.**

**IT IS SO ORDERED.**

ENTER:

*/s/ Jill E. McCook*
Jill E. McCook
United States Magistrate Judge